**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00575-CR

### AARON RAMSEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-12-53925-I**

## ORDER

The Court **GRANTS** appellant's December 3, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
          JUSTICE